UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 14-3740-GW(AGRx) | Date | August 4, 2014 |
|---|---|---|---|
| Title | *Billy Beaird et al v. City of Los Angeles et al* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Melanie T. Partow | Colleen R. Smith |
| | Corey M. Brente |

**PROCEEDINGS:** SCHEDULING CONFERENCE

Parties inform the Court that settlement is reached. An Order to Show Cause re Settlement hearing is set for **October 9, 2014 at 8:30 a.m.** The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on October 7, 2014.

: 02

Initials of Preparer    JG